IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEWIS HESS,                                        CIVIL DIVISION

                   Plaintiff,                    Case No. 2:23-cv-01620

       v.

RYCON CONSTRUCTION, INC.,

                   Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)**

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| */s/ Michael J. Bruzzese* | */s/ Langdon Ramsburg* |
| 2315 Koppers Building | Cozen O'Connor |
| 436 Seventh Avenue | McNees, Wallace & Nurick |
| Pittsburgh, PA 15219 | 100 Pine Street |
| | Harrisburg, PA 17108 |
| Counsel for the plaintiff | Counsel for the defendant |

**ORDER**

AND NOW, this _____ day of _____ 2024, the foregoing Stipulation is approved as an Order of the Court.

                                                                    BY THE COURT:

                                                                    _____
                                                                    Cathy Bissoon
                                                                    United States District Court Judge